## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Angela M. Velasquez | : | |
| **Debtor** | : | |
| | : | CHAPTER 13 |
| MidFirst Bank | : | |
| **Movant** | : | Case No. 15-11644 (JKF) |
| | : | |
| v. | : | **Hearing Date: 09-21-2016 at 9:30 am** |
| | : | |
| Angela M. Velasquez | : | 11 U.S.C. 362 |
| **Respondent** | : | |
| | : | |
| William C. Miller, Esq. | : | |
| **Trustee** | : | |
| _____ | : | |

### ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

And now Angela M. Velasquez, by her attorney, Stephen Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)