**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela Maria Velasquez<br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-11644 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8982

                                           Respectfully submitted,

                                           **<u>/s/Thomas Puleo, Esquire</u>**
                                           Thomas Puleo, Esquire
                                           Brian C. Nicholas, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406