IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA MARIA VELASQUEZ | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 15-11644-JKF |

## ORDER

AND NOW, a Motion for Relief from Stay re: 2071 East Victoria Street, Philadelphia, PA 19134. having been filed by MidFirst Bank on August 31, 2016,

AND the Motion having been reported settled with a stipulation to be filed as of the hearing of October 19, 2016,

AND no Settlement Stipulation having been e-filed on the case docket despite reminders by the Clerk's Office, it is hereby

ORDERED that the Motion for Relief from Stay re: 2071 East Victoria Street, Philadelphia, PA 19134 filed by MidFirst Bank is DISMISSED for lack of prosecution.

**Date: January 25, 2017**

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE