United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-11644-jkf
Angela Maria Velasquez                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Jan 25, 2017
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             +Angela Maria Velasquez,    2071 East Victoria Street,    Philadelphia, PA 19134-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Angela Maria Velasquez bestcasestephen@gmail.com
      THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA MARIA VELASQUEZ | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 15-11644-JKF |

## ORDER

AND NOW, a Motion for Relief from Stay re: 2071 East Victoria Street, Philadelphia, PA 19134. having been filed by MidFirst Bank on August 31, 2016,

AND the Motion having been reported settled with a stipulation to be filed as of the hearing of October 19, 2016,

AND no Settlement Stipulation having been e-filed on the case docket despite reminders by the Clerk's Office, it is hereby

ORDERED that the Motion for Relief from Stay re: 2071 East Victoria Street, Philadelphia, PA 19134 filed by MidFirst Bank is DISMISSED for lack of prosecution.

**Date: January 25, 2017**

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE