**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | | |
|---|---|---|---|
| **IN RE** | : | **CHAPTER 13** | |
| **ANGELA VELASQUEZ** | : | | |
| | : | | |
| **DEBTOR** | : | | |
| | : | **CASE NO:    15-11644-ELF** | |
| | : | | |
| | : | | |
| _____ | : | | |


**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, than on March 3, 2018, a true and correct copy of

the Debtor's Notice of Motion; Motion to Modify Debtor's Chapter 13 Plan After

Confirmation; and Exhibit A was served upon all secured and priority creditors, the

Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee

received a copy by electronic service.


Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: March 3, 2018

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax