# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela M. Velasquez <br> <u>Debtor</u> <br><br> MidFirst Bank <br> <u>Movant</u> <br> vs. <br><br> Angela M. Velasquez <br> <u>Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 15-11644 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension of time, it is hereby;

**ORDERED** that the deadline to file the Stipulation is extended to **March 27, 2018**.

Dated: 3/6/18

---
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**