United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Angela Maria Velasquez
    Debtor

Case No. 15-11644-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Mar 06, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
db     +Angela Maria Velasquez,   2071 East Victoria Street,   Philadelphia, PA 19134-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
    ANDREW F GORNALL   on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD   on behalf of Creditor   MidFirst Bank KMcDonald@blankrome.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
    STEPHEN MATTHEW DUNNE   on behalf of Debtor Angela Maria Velasquez bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
    THOMAS I. PULEO   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela M. Velasquez <u>Debtor</u> | CHAPTER 13<br>BK NO: 15-11644 ELF |
| MidFirst Bank <u>Movant</u><br>vs.<br>Angela M. Velasquez <u>Debtor</u><br>William C. Miller Esq. <u>Trustee</u> | |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension of time, it is hereby;

**ORDERED** that the deadline to file the Stipulation is extended to **March 27, 2018**.

Dated: 3/6/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**