## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANGELA VELASQUEZ | : | |
| | : | |
| DEBTOR | : | CASE NO:    15-11644-ELF |
| | : | |

### ORDER APPROVING AMENDED MOTION TO MODIFY
### CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this           day of                    2018, in consideration of the foregoing Amended Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

Hon. Eric L. Frank
U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107