IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE : | CHAPTER 13 |
|     ANGELA VELASQUEZ : | |
| DEBTOR : | |
| : | CASE NO:   15-11644-ELF |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on April 4, 2018, a true and correct copy of the Debtor's 2nd Amended Chapter 13 Plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: April 4, 2018

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax