# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANGELA M. VELASQUEZ | : | |
| | : | |
| DEBTOR | : | CASE NO:    15-11644-ELF |
| | : | |

## SUPPLEMENTAL FEE DISCLOSURE

*Pursuant to Bankruptcy Rule 2016 (b) and 11 U.S.C. 329 (a), I certify that I am the attorney for the above named debtor and that in supplement to the disclosure of compensation of attorney for debtor heretofore filed by me, states as follows:*

1. I have charged the debtor $800.00 for representation of the debtor in her request to modify her chapter 13 plan.  This work entailed the following legal services: a) Negotiation with the mortgage lender; b) Drafting/Filing of a Stipulation to resolve post-petition mortgage arrears; c) Court appearances; and d) Filing of Motion to Amend Chapter 13 Plan.

2. The supplemental compensation is to paid through the Amended Chapter 13 Plan.

3. I have not agreed to share the above disclosed compensation with a person or persons who are not members or associates of my law firm.

                                                  Respectfully submitted:

                                                  DUNNE LAW OFFICES. P.C.

Dated: April 21, 2018                              By: */s/ Stephen M. Dunne*
                                                              STEPHEN M. DUNNE. ESQUIRE
                                                              Attorney for Debtor
                                                              1515 Market Street, Suite 1200
                                                              Philadelphia, PA 19102
                                                              (215) 551-7109  Phone
                                                              (215) 525-9721 Fax