United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Angela Maria Velasquez
    Debtor

Case No. 15-11644-elf
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Oct 31, 2018
                              Form ID: pdf900             Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db             +Angela Maria Velasquez,    2071 East Victoria Street,    Philadelphia, PA 19134-2111
13542917       +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
13487108       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
13487109       +KML Law Group, P.C.,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1541
13551813       +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13487110       +Midfirst Bank,   999 N.W. Grand Blvd, Suite 100,    Oklahoma City, OK 73118-6051
13487111       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13487112       +Midland Mortgage Company/Mid First Bank,    Po Box 268959,    Oklahoma City, OK 73126-8959
13514387       +Philadelphia Gas Works,   800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13541793        U.S. Department of Education,   C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
13487113       +Washgtn Furn,   3250 Front Street,    Philadelphia, PA 19140-5806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 02:21:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2018 02:21:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13487106       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 02:21:41     Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,   Bloomington, IL 61702-3097
13487107       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 02:21:41     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13589853        E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:48     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14095067*      +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Angela Maria Velasquez bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Oct 31, 2018
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA MARIA VELASQUEZ                    Chapter 13

           Debtor         Bankruptcy No. 15-11644-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 31, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-


Debtor:
ANGELA MARIA VELASQUEZ

2071 EAST VICTORIA STREET

PHILADELPHIA, PA 19134