## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Angela Velasquez | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 15-11644-ELF |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF UNCLAIMED FUNDS IN THE REGISTRY OF COURT

### ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of Debtor's Counsel's Motion for Withdrawal of Unclaimed Funds (Attorney Fee) in the Registry of Court, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Clerk of the U.S. Bankruptcy Court shall disburse $800 to Debtor's Counsel within fourteen (14) days.

BY THE COURT:

Dated _____, 2024

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge