**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Angela Velasquez | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 15-11644-ELF |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that on this date, a true and correct copy of Debtor's Counsel's Notice of Motion, Motion for Withdrawal of Unclaimed Funds in the Registry of Court, and Order have been been served upon the following parties by the following means:

Angela Velasquez
2071 E. Victoria Street
Philadelphia, PA, 19134
(Via first class mail)

Kenneth E. West, Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
(Via electronic service)

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building, Suite 320
Philadelphia, PA 19107
(Via electronic service)

Dated: November 22, 2024

BY: /s/ *Stephen M. Dunne*
**Stephen M. Dunne, Esquire**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
Attorney for Plaintiff