## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Angela Velasquez | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 15-11644-AMC |

### CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

**IT IS HEREBY CERTIFIED**, that a true and correct copy of the Motion for Withdrawal of Unclaimed Funds (Attorney Fee) was served via first-class mail, postage prepaid, on the persons set forth below, at the addresses listed:

Angela Velasquez
2071 E. Victoria Street
Philadelphia, PA, 19134
(Via first class mail)

Kenneth E. West, Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
(Via electronic service)

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building, Suite 320
Philadelphia, PA 19107
(Via electronic service)

That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

**WHEREFORE**, the undersigned respectfully requests an Order be entered.

Dated:  December 16, 2024

BY: */s/ Stephen M. Dunne*
**Stephen M. Dunne, Esquire**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
Attorney for Plaintiff