**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Angela Velasquez | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 15-11644-AMC |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF UNCLAIMED FUNDS IN THE REGISTRY OF COURT

### ORDER

AND NOW, this __19th__ day of __Dec.__, 2024, upon consideration of Debtor's Counsel's Motion for Withdrawal of Unclaimed Funds (Attorney Fee) in the Registry of Court, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Clerk of the U.S. Bankruptcy Court shall disburse $800 to Debtor's Counsel within fourteen (14) days.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Dated __Dec. 19__, 2024